DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# CLARK COUNTY, NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>　　　　　　　　Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a<br>Nevada Limited Liability Company;<br><br>　　　　　　　　Defendant. | Case No. 2:15-cv-01702-JCM-CWH<br><br>**NOTICE OF DISASSOCIATION AND WITHDRAWAL OF COUNSEL** |

SFR Investments Pool 1, LLC ("SFR"), by and through its counsel of record, Kim Gilbert Ebron, hereby provide notice that Trella N. McLean, Esq., is no longer associated with the firm of Kim, Gilbert, Ebron. SFR hereby requests Ms. McLean be removed from the CM/ECF service list.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

- 1 -

Kim Gilbert Ebron will continue to represent SFR Investments Pool 1, LLC and request that Jacqueline A. Gilbert, Karen L. Hanks, Diana Cline Ebron and Howard C. Kim receive all future notices.

DATED this 26th day of August, 2016.

**KIM GILBERT EBRON**

*/s/ Jacqueline A. Gilbert*
DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
*Attorneys for SFR Investments Pool 1, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of August, 2016, pursuant to FRCP 5, I served via the CMECF electronic filing system, the foregoing NOTICE OF DISASSOCIATION, to the following parties:

Dana Jonathon Nitz, Esq.
dnitz@wrightlegal.net
Shadd A. Wade, Esq.
shaddw@w-legal.com
Eric S. Powers, Esq.
epowers@wrightlegal.net
Wright, Finlay & Zak, LLP
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Nationstar Mortgage, LLC*

  */s/ Trella N. Perkins-McLean*
An employee of Kim Gilbert Ebron

IT IS SO ORDERED.

DATED: August 29, 2016

C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

- 2 -