**James C. Mahan**
**U.S. District Judge**

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC, | Case No. 2:15-CV-1702 JCM (CWH) |
| Plaintiff(s), | ORDER |
| v. | |
| SFR INVESTMENTS POOL 1, LLC, | |
| Defendant(s). | |

Presently before the court is defendant SFR Investments Pool 1, LLC's motion to dismiss the original complaint in this case. (ECF No. 13). On March 8, 2017, this court granted plaintiff's renewed motion to amend the complaint. (ECF No. 37). Plaintiff thereafter filed its amended complaint on March 15, 2017. (ECF No. 40). Therefore, defendant's motion to dismiss is moot.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion to dismiss (ECF No. 13) be, and the same hereby is, DENIED as moot.

DATED March 16, 2017.

_____
UNITED STATES DISTRICT JUDGE