DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
E-mail: diana@kgelegal.com
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
E-mail: jackie@kgelegal.com
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
E-mail: karen@kgelegal.com
KIM GILBERT EBRON
*fka Howard Kim & Associates*
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Telephone: (702) 485-3300
Facsimile: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>SFR INVESTMENTS POOL 1 LLC, a Nevada Limited Liability Company,<br><br>Defendants. | Case No. 2:15-cv-01702-JCM-CWH<br><br>**STIPULATION AND ORDER DISMISSING JOSHUA C. THOMPSON AND TARA B. THOMPSON WITHOUT PREJUDICE** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>NATIONSTAR MORTGAGE, LLC;<br>JOSHUA C. THOMPSON, an individual;<br>TARA B. THOMPSON, an individual,<br><br>Counter-Defendant/Cross-Defendants. | |

Cross-Defendants JOSHUA C. THOMPSON and TARA B. THOMPSON ("the Thompsons") stipulate and agree that they do not claim any ownership interest in the real property commonly known 609 Twilight Blue Avenue, North Las Vegas, Nevada 89032; Parcel No. 139-10-411-172 ("Property"). The Thompsons have been informed that the Property was sold on June 14, 2013 by the foreclosure sale conducted by Nevada Association

- 1 -

Services, Inc. ("NAS"), agent for Suncrest Homeowners Association ("the Association"). The Thompsons further stipulate and agree that they will not contest the validity of the resulting foreclosure deed recorded in the Official Records of the Clark County Recorder, Instrument Number 201606250001479 or SFR Investments Pool 1, LLC ("SFR") ownership interest in the Property.

Based on these representations, SFR and the Thompsons stipulate and agree that the Thompsons shall be dismissed from this action without prejudice, each party to bear their own fees and costs.

Dated this 17 day of May, 2017.

**KIM GILBERT EBRON**

DIANA CLINE EBRON, ESQ.
Nevada Bar No. 10580
7625 Dean Martin Dr., Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

Dated this 18 day of MAY, 2017.

**JOSHUA C. THOMPSON**

JOSHUA C. THOMPSON
*Cross-Defendant*
c/o JAMES A. FONTANO, ESQ.
5135 Camino al Norte, Suite 273
N. Las Vegas, NV 89031
Phone: (702) 329-9901
Fax: (702) 763-7385
*Attorney for Cross-Defendants*

**TARA B. THOMPSON**

TARA B. THOMPSON
*Cross-Defendant*
c/o JAMES A. FONTANO, ESQ.
5135 Camino al Norte, Suite 273
N. Las Vegas, NV 89031
Phone: (702) 329-9901
Fax: (702) 763-7385
*Attorney for Cross-Defendants*

**HEATON FONTANO**

JAMES A. FONTANO, ESQ.
Nevada Bar No. 8456
5135 Camino al Norte, Suite 273
N. Las Vegas, NV 89031
Phone: (702) 329-9901
Fax: (702) 763-7385
*Attorney for Cross-Defendants*

# ORDER

UPON STIPULATION of the parties, and good cause appearing therefore, it is hereby ORDERED that Cross-Defendants JOSHUA C. THOMPSON and TARA B. THOMPSON shall be dismissed from this action without prejudice, each party to bear its own fees and costs.

DATED May 25, 2017.

_____
UNITED STATES DISTRICT JUDGE

Respectfully submitted:

Diana Cline Ebron, Esq.
Nevada Bar No. 10580
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139
Phone: (702) 485-3300
Fax: (702) 485-3301
*Attorneys for SFR Investments Pool 1, LLC*

- 3 -