1  MELANIE MORGAN, ESQ.
   Nevada Bar No. 8215
2  THERA A. COOPER
   Nevada Bar No. 13468
3  AKERMAN LLP
   1635 Village Center Circle, Suite 200
4  Las Vegas, Nevada 89134
   Telephone:  (702) 634-5000
5  Facsimile:  (702) 380-8572
   Email: melanie.morgan@akerman.com
6  Email: jason.zummo@akerman.com

7  *Attorneys for plaintiff and counter-defendant*
   *Nationstar Mortgage LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NATIONSTAR MORTGAGE, LLC<br><br>Plaintiff,<br>vs.<br><br>SFR INVESTMENTS POOL 1, LLC, a Nevada Limited Liability Company; NEVADA ASSOCIATION SERVICES, INC., a Nevada Corporation; and SUNCREST HOMEOWNERS ASSOCIATION, a Nevada Non-Profit Corporation,<br><br>Defendants.<br><br>SFR INVESTMENTS POOL 1, LLC,<br><br>Counterclaimant/Cross-Claimant,<br><br>NATIONSTAR MORTGAGE, LLC; JOSHUA C. THOMPSON, an individual; TARA B. THOMPSON, an individual,<br><br>Counter-Defendant/Cross-Defendants. | Case No.:  2:15-cv-01702-JCM-CWH<br><br>SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC |

Plaintiff and counter-defendant Nationstar Mortgage LLC hereby consents to the substitution of Melanie Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as its counsel in the place and stead of WRIGHT, FINLAY & ZAK, LLP in the above-entitled matter.

///

///

43886571;1

DATED this _1_ day of ~~January~~ FEBRUARY, 2018.

NATIONSTAR MORTGAGE LLC

By: _Edward Hope_

Its: SENIOR ASSISTANT SECRETARY OF LITIGATION SUPPORT AND RESOLUTION ANALYST

Dana J. Nitz, Esq. of the law firm of WRIGHT, FINLAY & ZAK, LLP consents to the substitution of Melanie Morgan, Esq. and Thera A. Cooper, Esq. of AKERMAN LLP as counsel of record in its place and stead on behalf of plaintiff and counter-defendant Nationstar Mortgage LLC.

DATED this 22 day of January, 2018.

WRIGHT, FINLAY & ZAK, LLP

DANA J. NITZ, ESQ.
Nevada Bar No. 000050
7785 W. Sahara Ave., Suite 200
Las Vegas, Nevada 89117

Melanie Morgan, Esq. and Thera A. Cooper, Esq. of the law firm AKERMAN LLP consent to substitution as counsel of record for plaintiff and counter-defendant Nationstar Mortgage LLC.

DATED this 23 day of January, 2018.

AKERMAN LLP

MELANIE D. MORGAN, ESQ.
Nevada Bar No. 8215
THERA A. COOPER
Nevada Bar No. 13468
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

## ORDER

IT IS SO ORDERED:

UNITED STATES MAGISTRATE JUDGE

DATED: February 9, 2018

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 2nd day of February, 2018 and pursuant to FRCP 5(b)(2)(E), I caused service via U.S. District Court's Case Management/Electronic Case Files (CM/ECF) system a true and correct copy of the foregoing **SUBSTITUTION OF COUNSEL FOR NATIONSTAR MORTGAGE LLC**, addressed to:

| | |
|---|---|
| Jacqueline A. Gilbert, Esq.<br>Karen L. Hanks, Esq.<br>**Kim Gilbert Ebron**<br>7625 Dean Martin Drive, Suite 110<br>Las Vegas, NV 89139<br>*Attorneys for Defendant, Cross Claimant and Counter Claimant SFR Investments Pool 1, LLC* | Dana J. Nitz, Esq.<br>Edgar C. Smith, Esq.<br>Eric S. Powers, Esq.<br>Robert A. Riether, Esq.<br>**Wright, Finlay & Zak, LLP**<br>7785 W. Sahara Ave., Ste. 200<br>Las Vegas, NV 89117<br>*Attorneys for Plaintiff and Counter-Defendant* |

Jon M. Ludwig, Esq.
Rachel L. Wise, Esq.
Robert S. Larsen, Esq.
**Gordon & Rees LLP**
300 South Fourth Street, Suite 1550
Las Vegas, NV 89101
*Attorneys for Defendant Suncrest Homeowners Association*

/s/ Doug J. Layne
An employee of AKERMAN LLP

3

42369890;1
43886571;1